UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 9802 NORTHEAST 24TH STREET, BELLEVUE, WASHINGTON 98004,<br><br>Defendant. | CASE NO. C15-1742JLR<br>*SEALED*<br><br>ORDER TO SHOW CAUSE |

On November 11, 2015, the court entered an order authorizing the sealing of the complaint and ex parte application of Plaintiff United States of America ("the Government") in this matter. (Order to Seal (Dkt. # 5).) The order authorized the sealing until the earliest of: "(a) two weeks following the unsealing of any charging document in a matter for which the search warrants MJ15-383-1 and MJ15-383-2 were issued, (b) two weeks following the closure of the investigation for which those warrants were issued; or

ORDER - 1

(c) sixteen months following the issuance of those warrants." (*Id.* at 1-2.) The order also specified that "on or before the earliest of the dates . . . , the Government shall file a motion in which it either (1) provides good cause for a further order of this Court permitting these documents to remain under seal for an additional period of time, or (2) requests an order . . . to unseal the Complaint, including the application and order to seal the same." (*Id.* at 2.)

Based on its review of the dockets at MJ15-383-1 and MJ15-383-2, the court ORDERS the Government to show cause within seven days of the entry of this order why this matter may not be unsealed.

Dated this 21st day of September, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2