UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 9802 NORTHEAST 24TH STREET,<br><br>Defendant. | CASE NO. C15-1742JLR<br><br>ORDER DIRECTING CLERK TO UNSEAL THIS MATTER |

On November 10, 2015, the court entered an order authorizing the sealing of the complaint in this matter upon the *ex parte* application of Plaintiff United States of America ("the Government"). (Order (Dkt. # 5).) On September 21, 2017, the court issued an order to show cause why this matter should not be unsealed. (OSC (Dkt. # 8).) On September 28, 2017, the Government filed a response stating that it "concurs that this

//
//

ORDER - 1

matter should be unsealed." (Resp. (Dkt. # 9) at 1.)  Accordingly, the court DIRECTS the Clerk to unseal this matter.

Dated this 30th day of September, 2017.

JAMES L. ROBART
United States District Judge